UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEE HEIDINGSFELDER** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 09-3920** |
| **BURK BROKERAGE, LLC, ET AL.** | * | **SECTION "B"(3)** |

## ORDER AND REASONS

The Magistrate Judge's denial of Defendants' Motion to Amend Answer (Rec. Doc. No. 36) has not been shown to be either an abuse of discretion or contrary to law.  Therefore, Defendants' Motion for Appeal (Rec. Doc. No. 38) is **DISMISSED**.

New Orleans, Louisiana, this 3rd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE